IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOMINIQUE KELONDRE GULLEY,

    Plaintiff,

v.

WISCONSIN SECURE PROGRAM FACILITY,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-207-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff Dominique Kelondre Gulley's failure to exhaust his administrative remedies.

_____  
By: [signature], Deputy Clerk  
Peter Oppeneer, Clerk of Court

8-24-12  
Date